The New York and New Jersey Telephone Company, Respondent, v. Alexander S. Rosenthal, Individually and as Justice of the Municipal Court of the City of New York, and Others, Appellants.— Motion denied on condition that the parties stipulate that the omitted undertaking be submitted on the argument of the appeal; otherwise motion granted, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Joseph Shea, Plaintiff, v. George P. Bergen, as Executor, etc., of Ann Shea, Deceased, and Individually, Appellant, Impleaded with Charles J. Campbell, Respondent, and Margaret Connor and Others, Defendants.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Josephine E. Balliet, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Daniel V. Barnes, Respondent, v. Nathan Tolken, Appellant.— Motion denied on condition that the appellant perfect his appeal within five days and put the cause on the calendar; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Morris Becker and Morris Cohen, Appellants, v. Louis Kovner, Respondent.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Salvatore Bonagura, Respondent, v. Henry Janpol and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Adah J. Bower, as Administratrix, etc., of George Bower, Deceased, Respondent, v. Holbrook, Cabot & Rollins, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary E. Boyce, as Administratrix, etc., Respondent, v. New York City Railway Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary Burke, an Infant, by George J. O'Keefe, Her Guardian ad Litem, Appellant, v. The London Guarantee and Accident Company, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

William L. Clark, Respondent, v. John B. West, Appellant.— Motion for leave to appeal to the Court of Appeals granted and questions certified. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Thomas J. Clarke, Respondent, v. Long Island Realty Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Charles Cornelius, Appellant, v. Benjamin Coffey, Respondent.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.